UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Ambro, Gary § Case No. 16-55307-PJS
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Homer McClarty, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $241,257.00 | Assets Exempt: | $125,775.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $8,500.42 | Claims Discharged Without Payment: | $1,914,472.64 |
| Total Expenses of Administration: | $9,499.58 | | |

     3) Total gross receipts of $18,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $18,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $474,913.00 | $475,378.78 | $475,378.78 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $9,477.86 | $9,499.58 | $9,499.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $74,501.67 | $32,056.85 | $32,056.85 | $8,500.42 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,792,215.41 | $1,369,471.04 | $1,371,819.38 | $0.00 |
| **TOTAL DISBURSEMENTS** | $2,341,630.08 | $1,886,384.53 | $1,888,754.59 | $18,000.00 |

4) This case was originally filed under chapter 7 on 11/10/2016, and it was converted to chapter 7 on 06/15/2017. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/07/2018        By: /s/ Homer McClarty
                                Trustee, Bar No.: P26670

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 532 Springview Drive, Rochester, MI 48307-0000, Oakland County | 1110-000 | $18,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | InTouch Credit Union | 4110-000 | $30,017.00 | $30,017.55 | $30,017.55 | $0.00 |
| 9 | Bank of America, N.A. | 4110-000 | $349,776.00 | $350,024.38 | $350,024.38 | $0.00 |
| 10 | CitiMortgage, Inc. | 4110-000 | $95,120.00 | $95,336.85 | $95,336.85 | $0.00 |
| | **TOTAL SECURED** | | **$474,913.00** | **$475,378.78** | **$475,378.78** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Homer McClarty | 2100-000 | NA | $2,550.00 | $2,550.00 | $2,550.00 |
| Fees, United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Bond Payments - Insurance Partners Agency Inc. | 2300-000 | NA | $0.00 | $21.72 | $21.72 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $88.36 | $88.36 | $88.36 |
| Attorney for Trustee Fees (Other Firm) - Steinberg Shapiro & Clark | 3210-000 | NA | $6,450.00 | $6,450.00 | $6,450.00 |
| Attorney for Trustee Expenses (Other Firm) - Steinberg Shapiro & Clark | 3220-000 | NA | $64.50 | $64.50 | $64.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$9,477.86** | **$9,499.58** | **$9,499.58** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | $10,370.19 | $16,037.74 | $16,037.74 | $4,252.68 |
| 5P | Michigan Department of TreasuryBankruptcy Unit | 5800-000 | $64,131.48 | $16,019.11 | $16,019.11 | $4,247.74 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$74,501.67** | **$32,056.85** | **$32,056.85** | **$8,500.42** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $2,293.00 | $2,405.88 | $2,405.88 | $0.00 |
| 2 | Cummings, McClorey, Davis & Acho | 7100-000 | $32,368.03 | $32,758.76 | $32,758.76 | $0.00 |
| 3U | Internal Revenue Service | 7100-000 | $10,370.19 | $16,295.66 | $16,295.66 | $0.00 |
| 5U | Michigan Department of TreasuryBankruptcy Unit | 7100-000 | $64,131.48 | $4,238.11 | $4,238.11 | $0.00 |
| 6 | CCAP Auto Lease LTD | 7100-000 | $103,502.79 | $1,611.89 | $1,611.89 | $0.00 |
| 7 | American Express Bank, FSBc/o Becket and Lee LLP | 7100-000 | $3,029.00 | $3,197.92 | $3,197.92 | $0.00 |
| 8 | Legacy Services Group, LLC | 7100-000 | $248,928.00 | $248,928.00 | $248,928.00 | $0.00 |
| 11 | Everest Business Funding | 7100-000 | $69,481.43 | $52,077.37 | $52,077.37 | $0.00 |
| 12 | Swift Financial | 7100-000 | $43,748.52 | $43,748.52 | $43,748.52 | $0.00 |
| 13 | Swift Financial | 7100-000 | $10,477.20 | $4,004.06 | $4,004.06 | $0.00 |
| 14 | Howard & Howard Attorneys PLLC c/o Lisa S. Gretchko | 7100-000 | $67,935.11 | $73,302.35 | $73,302.35 | $0.00 |
| 15 | Ramesh Naik | 7100-000 | $100,000.00 | $96,000.00 | $96,000.00 | $0.00 |
| 16 | Gateway One Lending & Finance, L.L.C. | 7100-000 | $28,563.91 | $27,230.00 | $27,230.00 | $0.00 |
| 17 | Synchrony Bank c/o PRA Receivables Management, LLC | 7100-000 | NA | $8,955.66 | $8,955.66 | $0.00 |
| 18 | NexGear Capital, Inc. | 7100-000 | $400,000.00 | $433,483.77 | $433,483.77 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Nexus Investments, LLC<br>c/o Joseph A. Shallal, Esq. | 7100-000 | NA | $80,960.52 | $80,960.52 | $0.00 |
| 20 | Cornerstone Community Financial Federal | 7100-000 | $54,792.00 | $218,660.04 | $218,660.04 | $0.00 |
| 22 | Raymond Hunter | 7100-000 | $9,941.49 | $3,800.00 | $3,800.00 | $0.00 |
| 23 | CARFAX BARR Credit Services, Inc. | 7100-000 | NA | $3,556.00 | $3,556.00 | $0.00 |
| 24 | LVNV Funding, LLC its successors and assigns as assignee of Homecomings Financial Network, Inc. Resurgent Capital Services | 7100-000 | NA | $448.69 | $448.69 | $0.00 |
| Ch. 11 Atty | Clayson, Schneider & Miller, P.C. | 7100-000 | NA | $13,807.84 | $13,807.84 | $0.00 |
| Ch. 11 Atty | Clayson, Schneider & Miller, P.C. | 7100-000 | NA | $0.00 | $2,348.34 | $0.00 |
| N/F | ABC Auto Finance | 7100-000 | $5,466.09 | NA | NA | NA |
| N/F | Alpha Warranty | 7100-000 | $22,871.00 | NA | NA | NA |
| N/F | AmeriCredit Financial Servies, Inc. | 7100-000 | $29,727.55 | NA | NA | NA |
| N/F | Arrow Uniform | 7100-000 | $595.40 | NA | NA | NA |
| N/F | Auction Insurance Agency | 7100-000 | $1,625.00 | NA | NA | NA |
| N/F | Bank of America Card Services | 7100-000 | $32,234.86 | NA | NA | NA |
| N/F | Bank of New England | 7100-000 | $4,575.86 | NA | NA | NA |
| N/F | Capital One Auto Finance | 7100-000 | $112,547.60 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $21,356.00 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $12,670.61 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Chase Card Services | 7100-000 | $7,909.00 | NA | NA | NA |
| N/F | Citibank | 7100-000 | $18,560.00 | NA | NA | NA |
| N/F | Citibank/Best Buy | 7100-000 | $729.00 | NA | NA | NA |
| N/F | Citibank/The Home Depot | 7100-000 | $1,339.00 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $3,170.85 | NA | NA | NA |
| N/F | Computerized Vehicle Registration | 7100-000 | $245.36 | NA | NA | NA |
| N/F | Credit Acceptance | 7100-000 | $8,400.52 | NA | NA | NA |
| N/F | Dealer Marketing Services | 7100-000 | $7,937.55 | NA | NA | NA |
| N/F | Discover Financial | 7100-000 | $6,294.00 | NA | NA | NA |
| N/F | Floorplan Xpress, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ford Motor Credit | 7100-000 | $1,126.30 | NA | NA | NA |
| N/F | GWC Warranty Corporation | 7100-000 | $19,400.00 | NA | NA | NA |
| N/F | Jim Riehl's Friendly Chrysler Jeep, Inc. | 7100-000 | $17,700.00 | NA | NA | NA |
| N/F | Kabbage, Inc. | 7100-000 | $19,999.17 | NA | NA | NA |
| N/F | Manheim Digital Marketplace | 7100-000 | $9,625.00 | NA | NA | NA |
| N/F | Nissan Motor Acceptance Corp/Infinity Lt | 7100-000 | $14,141.00 | NA | NA | NA |
| N/F | Nulook Capital LLC | 7100-000 | $69,225.00 | NA | NA | NA |
| N/F | Radium 2 Capital, Inc. | 7100-000 | $59,600.00 | NA | NA | NA |
| N/F | RouteOne, LLC | 7100-000 | $938.54 | NA | NA | NA |
| N/F | S Brown and Associates | 7100-000 | $23,877.00 | NA | NA | NA |

| N/F | Synchrony Bank/Gap | 7100-000 | $8,766.00 | NA | NA | NA |
| N/F | Taneca Parker | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,792,215.41** | **$1,369,471.04** | **$1,371,819.38** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 16-55307-PJS  
Case Name: Ambro, Gary  

Trustee Name: (420370) Homer McClarty  
Date Filed (f) or Converted (c): 06/15/2017 (c)  
§ 341(a) Meeting Date: 07/12/2017  

For Period Ending: 06/07/2018  

Claims Bar Date: 10/11/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 532 Springview Drive, Rochester, MI 48307-0000, Oakland County<br>Order Approving Compromise entered 9/6/17 [docket no. 110]<br>Entire property value: $550,000.00 | 550,000.00 | 18,000.00 | | 18,000.00 | FA |
| 2 | Household goods | 4,000.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Golf clubs, trampoline | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Home gym | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Furs and jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Non-farm animals | 1.00 | 0.00 | | 0.00 | FA |
| 9 | Checking - Michigan First Credit Union | 1.00 | 0.00 | | 0.00 | FA |
| 10 | Checking - Morgan Stanley - Chase | 400.00 | 0.00 | | 0.00 | FA |
| 11 | Checking - Michigan Schools and Government | 1.00 | 0.00 | | 0.00 | FA |
| 12 | Car One, LLC - Debts exceed assets | 1.00 | 0.00 | | 0.00 | FA |
| 13 | Edge Auto Sales, LLC - never conducted business | 1.00 | 0.00 | | 0.00 | FA |
| 14 | Edge Auto Sales, Inc. - never conducted business | 1.00 | 0.00 | | 0.00 | FA |
| 15 | IRA - Morgan Stanley - IRA | 55,000.00 | 0.00 | | 0.00 | FA |
| 16 | MET for daughter, purchased in 2002 | 28,000.00 | 0.00 | | 0.00 | FA |
| 17 | U-Promise account for daughter - purchased 2002 | 10,000.00 | 0.00 | | 0.00 | FA |
| 18 | Morgan Stanley - MET - purchased for daughter in 2002 | 800.00 | 0.00 | | 0.00 | FA |
| 19 | Grange - Term Life No Cash Value | 1.00 | 0.00 | | 0.00 | FA |
| 20 | Joseph Duleba - sold cards under Debtor's dealer license. Debtor's company paid loan funds to his company. Deals unwound, money not refunded to Debtor's company. Value is estimated. | 140,000.00 | 0.00 | | 0.00 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$791,257.00** | **$18,000.00** | | **$18,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**Case No.:** 16-55307-PJS  
**Case Name:** Ambro, Gary  

**Trustee Name:** (420370) Homer McClarty  
**Date Filed (f) or Converted (c):** 06/15/2017 (c)  
**§ 341(a) Meeting Date:** 07/12/2017  

**For Period Ending:** 06/07/2018  
**Claims Bar Date:** 10/11/2017  

**Major Activities Affecting Case Closing:**

    12/20/17: Final report

    9/30/17: Claims bar date 10/11/17 and investigation of potential nonexempt assets and accounts receivable

**Initial Projected Date Of Final Report (TFR):** 03/31/2018  
**Current Projected Date Of Final Report (TFR):** 02/05/2018 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 16-55307-PJS | Trustee Name: | Homer McClarty (420370) |
|---|---|---|---|
| Case Name: | Ambro, Gary | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5836 | Account #: | ******9100 Checking |
| For Period Ending: | 06/07/2018 | Blanket Bond (per case limit): | $2,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/21/17 | {1} | Gary Ambro | Docket # 110 Court Order 9/6/17 | 1110-000 | 18,000.00 |  | 18,000.00 |
| 09/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 17,990.00 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 27.60 | 17,962.40 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 25.83 | 17,936.57 |
| 12/13/17 | 101 | Insurance Partners Agency Inc. | Bond premium | 2300-000 |  | 21.72 | 17,914.85 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 24.93 | 17,889.92 |
| 03/08/18 | 102 | Homer McClarty | First and Final Application of Trustee fees per court order entered 3/8/18 [docket no. 145] | 2100-000 |  | 2,550.00 | 15,339.92 |
| 03/08/18 | 103 | Steinberg Shapiro & Clark | First and Final Application of Attorney for Trustee fees per court order entered 3/8/18 [docket no. 144] | 3210-000 |  | 6,450.00 | 8,889.92 |
| 03/08/18 | 104 | Steinberg Shapiro & Clark | First and Final Application of Attorney for Trustee expenses per court order entered 3/8/18 [docket no. 144] | 3220-000 |  | 64.50 | 8,825.42 |
| 03/08/18 | 105 | Office of the United States Trustee Ohio/Michigan Regional Office | Distribution payment - Dividend paid at 100.00% of $325.00; Claim # 21; Filed: $325.00 | 2950-000 |  | 325.00 | 8,500.42 |
| 03/08/18 | 106 | Internal Revenue Service | Distribution payment - Dividend paid at 26.52% of $16,037.74; Claim # 3P; Filed: $16,037.74 | 5800-000 |  | 4,252.68 | 4,247.74 |
| 03/08/18 | 107 | Michigan Department of TreasuryBankruptcy Unit | Distribution payment - Dividend paid at 26.52% of $16,019.11; Claim # 5P; Filed: $16,019.11 | 5800-000 |  | 4,247.74 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 18,000.00 | 18,000.00 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 18,000.00 | 18,000.00 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $18,000.00 | $18,000.00 |  |

16-55307-pjs    Doc 149    Filed 06/19/18    Entered 06/19/18 14:04:40    Page 11 of 12

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-55307-PJS | **Trustee Name:** | Homer McClarty (420370) | |
| **Case Name:** | Ambro, Gary | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***5836 | **Account #:** | ******9100 Checking | |
| **For Period Ending:** | 06/07/2018 | **Blanket Bond (per case limit):** | $2,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9100 Checking | $18,000.00 | $18,000.00 | $0.00 |
| | $18,000.00 | $18,000.00 | $0.00 |